CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
SEP 22 2020
PER ____
DEPUTY CLERK

(Chief) Michael S. Cuiffeather-Gorbey
**Full Name of Plaintiff       Inmate Number**

v.

DR. Joanna Marie Olson
**Name of Defendant 1**

DR. Edinger
**Name of Defendant 2**

Owners & Rueters
Geisinger eye institute
**Name of Defendant 3**

Warden Spaulding
**Name of Defendant 4**

The United States
**Name of Defendant 5**

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

Civil No. _____
(to be filled in by the Clerk's Office)

(✓) Demand for Jury Trial
(__) No Jury Trial Demand

Under Imminent Danger
28 USC § 1915(g)

I.   NATURE OF COMPLAINT  (Consolidated 1983, Bivens & F.T.C.A lawsuit)

Indicate below the federal legal basis for your claim, if known.

✓   Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

✓   Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)

✓   Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

## II. ADDRESSES AND INFORMATION

**A. PLAINTIFF**

OwlFeather-Gorbey Michael S.
Name (Last, First, MI)

D.C. DOC 317611 Fed. 33405-013
Inmate Number

USP Lewisburg
Place of Confinement

PO Box 1000
Address

Lewisburg, PA. 17837.
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
✓ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner

### B. DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Olson, Marie Joanna.
Name (Last, First)

Ophthalmologist. Eye specialist. Doctor
Current Job Title

16 Woodbine Lane (Geisinger eye institute)
Current Work Address

Danville, PA. 17822
City, County, State, Zip Code

Defendant 2:

Edinger
Name (Last, First)

F. Bop USP lewisburg medical doctor
Current Job Title

USP lewisburg 2400 Robert F. miller DRive
Current Work Address

lewisburg
City, County, State, Zip Code


Defendant 3:

UNKNOWN Named owners & Rueters
Name (Last, First)

Owners & Rueters Geisinger eye institute
Current Job Title

16 Wood hine lane
Current Work Address

Danville, PA. 17822
City, County, State, Zip Code


Defendant 4:

Spaulding
Name (Last, First)

Warden USP lewisburg
Current Job Title

USP lewisburg, 2400 Robert F. miller DRive
Current Work Address

lewisburg. PA. 17837.
City, County, State, Zip Code


Defendant 5:

States United
Name (Last, First)

Federal Government
Current Job Title

U.S. D.O.J. 950 PA. Ave. N.W.
Current Work Address

Washington, D.C. 20530
City, County, State, Zip Code

Page 3 of 6

(6) A. Duttry
Health service supervisor
2400 Robert F. Miller DR.
Lewisburg, PA. 17837.

Gorbey vs. Olson et.al,

### III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

At Geisinger eye institute & USP Lewisburg PA. in the Events of glaucoma

B. On what date did the events giving rise to your claim(s) occur? 7-7-2020 To 7-20-2020 To 9-13-2020 And Contenuing

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

Gorbey Has glaucoma Which Requires Treatment & was Recommended For Alternative meds. And was Directed To ophthalmologist specialists. Who m Recommended laser surgery At Geisinger eye institute Danville, PA. on 7-7-20. & yet Gorbey was Never Alow To Pre-Read (Any) Consent For medical Treatment And or listed side Effects. where then (malpractisly) on 7-20-20 DR. olson (Required Gorbey to sign) A Consent For Treatment Form For laser surgery on His left eye not 5 seconds before the surgery or be deem To Have Refused All Treatment. where given the Condition of Gorbey's L-eye & Events, He Consented To the Treatment Without being Able To Read the Consent & side Effects. Where then Gorbey Sent A letter & Consent For Release of information Form To Geisinger eye institution on About 7-28-20 For A Copy of the Consent & side Effects information yet None was Ever supplied. see Contenuance Pages.

## IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

14th Amendment Equal Protection Rights.

8th Amendment medical treatment. Cruel unusual Punishment & imminent Dangers.

1st Amendment Rights to Disclosure.

4th Amendment Privacy Rights.

\* Jurisdiction \*

Where while Giesinger eye Institute, it's owners & Dr. Olson Are state opperated Defendants they Are Proceeding under Contract with & through the F.B.O.P & the United States Possibly involving both or Either 1983 & Bivens Jurisdiction. Injury & Also Fall under Any Employee standard of the F.T.C.A.

## V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

Unspecified Damage to left eye. To Nervs. Retna & Pressure Passages threat of loss of L-eye or Blindness. Threat of Further Damage to R-eye & Total Blindness. Pain & Sight Disorder in left eye.

## VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

① $9,011,000.13 Cash.

② Emergency Evaluation, Examination & Necessary eye Treatment by Different independant ophthalmology Specialist. For Damages to L-eye by laser surgery & Evaluation of Need for R-eye Treatment.

## VII. SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose. To best of my Knowledge.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

(Chief) Michael S. OwlFeather-Gorbey
Signature of Plaintiff

9-11-2020
Date


Declaration of Mailing $1746 + $1621

I Gorbey Declare that on 9-13-20 I deposit this pleading + all attachments in USP Lewisburg internal legal mail system by 1st class US indigent inmate mail.

(Chief) Michael S. Owl Feather - Gorbey
Fed. 33405-013   D.C. DOC 317611
USP Lewisburg PA.

Where, While Gorbey Recieved the 7-20-20 laser Treatment He 2 (two) Times Had To inform DR. olson that she Was Hurting Him Causing serious Pain To the left Teample Area of His Head, Possibly injuring Him. Where, then on 9-1-20 Gorbey was Carry back to the Geisinger eye institution, Danville. P.A. For A Fallow up on the L-eye laser surgery & Consideration For Treatment on the R-eye, yet, after Examining Both of Gorbey's eyes. DR. olson (made A claim to Gorbey) that The laser surgery Had Help (both eyes) & He was Now in better shape to Prevent Future Damages.

yet, then, Gorbey Explain to DR. olson that, that should be impossible since He Had <u>only</u> Recieved laser Treatment To His L-eye & yet, DR. olson Arguingly Contradicted Gorbey that He Had Recieve laser surgery To (Both eyes) on 7-20-20 & the Examination she Just Conducted Reveal that it Had Help (Both eyes!)

Where, Then After some Discussion, DR. olson then Consulted Her Computer in Gorbey's Presence To infact Discover that she infact Had <u>not</u> Perform laser Surgery on the Right eye, see witnesses. F.Bcp Transport officers Johnson & Eurp. USP lewisburg.

yet, <u>then</u>, After Discovering through Her own Computer that Gorbey Had only Recieved L-eye laser Surgery. DR. olson then immediately switch up & began Arguing that the R-eye is still in bad shape & Needs Treatment. & Completely

contradicting her own arguments just minutes earlyer, & seriously questioning her judgement, & the need for further treatment, & makes us wonder if she is simply seeing another FBOP prisoner & a fast pay check, malpracticedly prescribing treatment for her own personal gain that "could" cause Gorbey serious physical injury to his R-eye and or even cause him to lose his sight or an ~~Eye~~ Eye completely, so.

Gorbey, then Demanded that DR. Olson Provide him with a copy of the consent form she had him sign before & that he would have to sign Again & any relevant facts or information on any possible Damages or side effects related to the laser surgery & DR. Olson Asured Gorbey that she would have her staff to (immediately) mail Gorbey a copy of this information so he could review it before the next surgery.

Where, then, on 9-8-20 as Gorbey never recieve the requested information from Geisinger eye institute, he sent a cop-out to USP Lewisburg medical department Explaining the situation & Requested a copy of the Geisinger consent for Treatment & side effects forms (before) he would consent to any further treatment.

Yet, then, on 9-11-20, under the direction of Warden Spaulding, Health service supervisor A. Duttry & the United States, USP Lewisburg DR.

Edinger Had Gorbey Remove From His X-Block shu Cell 020 To A shu Holding Cage & Try To Tell Gorbey that He Gorbey was in between A Rock & A Hard Place. that the F.Bop Could NOT Provide Him With ANY Geisinger Records. Even those Filed into Gorbey's Personal medical Files. Within the F.Bop. (Clearly lying To Gorbey As He Has A Right to ANY Records stored in His F.Bop medical Files) see.

F.Bop P.S. 1351.05 Release of information

5 USC §552 the Privacy AT.

Where. Edinger then Proceeded To Argue that He Had Delt With Geisinger For years & they Never Let AN inmate Pre-Review Treatment Consent Forms & they were Always Simply Compel To Sign Just Seconds before Recieving Treatment & That F.Bop Policy Does Not Allow F.Bop staff To Counsel inmates on Treatments they may Recieve outside the Prison. (being yet Another lye!) see Gorbey vs. mubarek. et.al 1:19-cv-220-RDB U.S. Dist. Ct. Baltimore md. Where Government Attorneys & F.Bop staff Argued that (in accordance with F.Bop Policy) F.Bop staff Presented To Gorbey & Counsel Him About Any Damages & side Effects He Could Suffer From Consenting to outside medical Treatment,

Where. Edinger Proceeded to Argue that this Rock & A Hard Place only left Gorbey 2 (two) choices

(a) Gorbey Could Right then & there 9-11-20 Sign An F.Bop Refusal of Treatment Form & immediately be Transfer to Another Facility, or.

(c) Gorbey Would Have A medical "Hold" Applied & His Transfer Stop & then soon be Return to the Geisinger eye institute & be Confronted With & Force to Consent to Treatment Just seconds before it was Applied (without) Every being Able to Read the Consent Form or to be Consulted on Any Possible Damages or Side Effects, that He Would or Could suffer From such Treatment. Which A Refusal to sign Would Dump All Liabilities on Gorbey's sholders.

clearly being Geisinger eye institute owners & Rueters, DR. olson. DR. Edinger. Warden Spaulding. A. Duttry lewisburg Health service Supervisor & the United States Trying to instimidate Gorbey "through Coarison or threat" To Either Completely Waive All Rights To Any Further Treatment or to be Force to under go Treatment As He was Compell To Do With His 1-eye Malpracticly (without) Ever being Allow to Read the Consent For Treatment Form or To Ever be Counsel on Any Possible Damages or side Effects that Could Result From the Treatment. That Could seriously injure or Blind Him, & clearly being imminent Danger.

## Note 1

The F.Bop is (obligated) upon Gorbey's Request, to provide Gorbey a copy of ANY Records Admitted into His F.Bop medical Files, including Any & All Geisinger Consent For & other Treatment Records & Forms. P.S. 1351.05, Section 7 §513.32 (d)(1) Regardless of Where the Records were originally generated From. And,

## Note 2

When Requested by Gorbey, F.Bop Staff Are Also (obligated) To Counsel Gorbey on Any & All Possible Treatment, Damages or Side Effects He may Recieve through Contracts between the F.Bop & Any outside medical Facility, (While) Gorbey is in F.Bop Custody (Regardless of Whom) is Performing the Actual Treatment!

## Note 3

Geisinger eye institute owners, Rueters & Doctors Are (Equally obligated) under the 8th & 14th Amendment, To (insure) that "Every Patiant"! (Even Prisoners)! Are NOT subject to malpractice & that they Are "Pre-Advised" of All & ANY Possible Damages & Side Effects that "Could" Result From Recieving such Treatment,

Which Geisinger owners & Rueters, Dr. Olson Dr. Edinger, Warden Spaulding, HSA A. Duttry & the United States Already violated on 7-20-20 in Regards To Gorbey's L-eye laser surgery He is

Now suffering serious Pain & Blured vison From that could Result in total Blindness in His left eye & qualifies as imminent Danger. And.

they Are All (Equally liable) Now by Trying to Force Gorbey through Coarison or threat to Forfiet All His Rights To Treatment or to Again be force to undergo Treatment (without) being Able to be Pre-Advised of possible Damages & or side Effects is Equally An 8th & 14th Amendment violation & imminent Danger.

Elrod vs. Burnes 427 U.S. 347, 373, 96 SCT 2673, 49 led. 2d. 547 (1976)
the loss of Constitutional Freedoms For Even A minimum period of time unquestionably Constitutes irrepairable injury.
Neb Press Ass'N vs. Stuart 423 US 1327, 1329 (1925)

Monmouth County Corr. Inst. inmates vs. lanzaro (3-19-1987) 834 F.2d. 320.
8th & 14th Amendment medical Rights.
Estelle vs. Gamble 429 U.S. 97. 107 (1976)
Gutierrez vs. Peters 111 F.3d. 1364, 1369 (7th cir. 1997)
Bradley vs. Puckett 157 F.3d. 122 (5th cir. 1998)
Boring vs. Kozakie Wicz 833 F.2d. 468 slip op at 11 (3rd cir. 1987)
Inmates of Allegeny County Jail vs. Pierce 612 F.2d 754, 762 (3rd cir. 1979)

Martin vs. Shelton 319 F.3d. 1048, 1050 (8th cir. 2003)

A Pattern of Misconducts Evidencing the likelihood of serious physical injury or Death Abdul-Akbar vs. McKelvie 239 F.3d. 307. 315 (3rd cir. 2001) Battle vs. United States (4-26-2018) US Dist. lex. 70874.

(chief) Michael S. dw/ Feather-Gorbey
D.C. Doc 317611 Fed. 33405-013
USP Lewisburg P.A.
PO Box 1000
Lewisburg. PA.
17837.

See Affidavit in Support.

Affidavit

Declaration under Penalty of Perjury.

I Gorbey declare that the Facts Here Are true & correct on 9-11-20 to the best of my knowledge. 28 USC § 1746 & 18 USC § 1621

(chief) Michael S. dw/ Feather-Gorbey
D.C. Doc 317611 Fed. 33405-013

I Gorbey. declare that origionally Geisinger DR. Olson Nore any other Geisinger or FBop staff ever even attempted to provide me information or consult me on any possible damages or side effects of laser surgery & that on 7-20-20 DR.

Olson Had me to sign an unread or Read to me Consent For Treatment Form to my L-eye just minutes or even seconds before Applying the left eye laser Treatment. Even though I question possible damages & side effects, & that F.Bop staff act Hostile & intimidate me to believe that I will recieve F.Bop Discipline Actions if I Refuse to sign Geisinger papers while on medical Trips. Where. Dr. Edinger on 9-11-20 Admited to Knowledge that Geisinger staff Commonly (Refuse to Allow) Prisoners to Pre-Review Consent For Treatment Forms. Where. While Conducting L-eye laser surgery on 7-20-20 I believe Dr. Olson Deliberately Applied (too much) laser surger-treatment to (cause a Need For) Additional Treatment as 2 (two) Times I Had to inform Her she was seriously Hurting me with the laser Treatment which Felt like the Temple Eye vain would burst. For which I now suffer Additional Temple & eye pains & Blur vision. From. & I Feel intimidated by Defendant When Are Coarisoning & threatning me to Forfiet my Rights to All treatments or to suffer Further injuries (without) being Advised of Possible Damages or Side Effects of Treatment that may Not be Needed.

(Chief) michael S. ćWFeather-Garbey
DC DOC 317611  Fed. 33405-013
USP Lewisburg
PO Box 1000
Lewisburg, PA. 17837.

Inmate Name: Michael S. owl Feather - Gorbey
Register Number: 33405-013
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

16 SEP 2020

RECEIVED
SCRANTON
SEP 22 2020
PER _____
DEPUTY CLERK

(legal - special mail)

(open only in presence of Gorbey or the U.S. Court)

Clerk of Court
U.S. District Court
P.O. Box 1148
Scranton, P.A.
18501